LAWRENCE G. BROWN
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CV-02717-GEB-DAD |
| Plaintiff, | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) | |
| APPROXIMATELY $18,753.61 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2503034494, HELD IN THE NAME OF SENG K. HUON, and | ) | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5205402760, HELD IN THE NAME OF SENG K. HUON, | ) | |
| Defendants. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1    3.   The defendants Approximately $18,753.61 in U.S. Currency seized from Wells Fargo Bank Account Number 2503034494, held in the name of Seng K. Huon, and Approximately $10,000.00 in U.S. Currency seized from Wells Fargo Bank Account Number 5205402760, held in the name of Seng K. Huon, (hereafter "the defendant funds") were seized in the city of Stockton, in San Joaquin County, California.  The Internal Revenue Service published notice of the non-judicial forfeiture of the defendant funds on June 5, 12 and 19, 2009, in The Record.

4.   Plaintiff proposes that publication be made as follows:

    a.   One publication;

    b.   Thirty (30) consecutive days;

    c.   On the official internet government forfeiture site www.forfeiture.gov;

    d.   The publication is to include the following:

        (1)   The Court and case number of the action;

        (2)   The date of the seizure/posting;

        (3)   The identity and/or description of the property seized/posted;

        (4)   The name and address of the attorney for the Plaintiff;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

/////

(6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and that, in the absence thereof, default may be entered and condemnation ordered.

Dated: September 29, 2009      LAWRENCE G. BROWN
                               United States Attorney


                               /s/ Jean M. Hobler
                               JEAN M. HOBLER
                               Special Assistant U.S. Attorney


**ORDER**

   IT IS SO ORDERED.
DATED: September 30, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USvApprox$18,753.61.ord