IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APPROXIMATELY $18,753.61 IN<br>U.S. CURRENCY SEIZED FROM<br>WELLS FARGO BANK, et al.,<br><br>　　　　Defendants.<br>_____/ | No. CIV S-09-2717 GEB DAD PS<br><br><br><br><br><u>ORDER SETTING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

　　　　Plaintiff filed this forfeiture action on September 29, 2009.  A Warrant for Arrest of Articles in Rem was issued, and on October 8, 2009 plaintiff filed a notice of the arrest of currency from two accounts held in the name of Seng Kim Huon.  Plaintiff's application for public notice by publication was granted.  On October 23, 2009, Seng Kim Huon, proceeding pro se, filed a document that was construed as an answer to plaintiff's complaint.  A document titled Answer was subsequently filed on January 5, 2010.  The case was stayed by stipulation and order filed January 21, 2010, with a status conference set for September 20, 2010.  No additional claimants have appeared.  By order filed September 14, 2010, the assigned district judge referred the case to the undersigned pursuant to Local Rule 302(c)(21), and the status conference set for September 20, 2010 was vacated.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **November 12, 2010, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. Each party shall appear at the Status Conference either by counsel or, if proceeding <u>in</u> <u>propria</u> <u>persona</u>, on his own behalf. Any party may make the required appearance either in person or telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than 48 hours before the Status (Pretrial Scheduling) Conference.

3. In light of claimant Huon's previous failure to cooperate in the preparation of a joint status report, each party will be required to file its own status report. Plaintiff shall file and serve its status report on or before **October 29, 2010,** and claimant Seng Kim Huon shall file and serve his own status report on or before **November 5, 2010**. Each status report shall address all of the following matters:

    a.    Status of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case;

      j.      Whether the party will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

      k.      Whether the party intends to consent to proceed before a United States Magistrate Judge; and

      l.      Any other matters that may aid in the just and expeditious disposition of this action.

4. The pro se party is cautioned that a failure to file a timely status report or a failure to appear at the status conference, either in person or telephonically, may result in a recommendation that the pro se party's claim be dismissed as a sanction for his failure to comply with court orders and applicable rules. See Local Rules 110 and 183.

DATED: September 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\usvhuon2717.ossc