IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CIV S-09-2717 GEB DAD PS |
| vs. | |
| APPROXIMATELY $18,753.61 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK, et al., | ORDER |
|     Defendants. | |

       The above-captioned forfeiture action came before the court on November 12, 2010, for the Status (Pretrial Scheduling) Conference set by order filed September 22, 2010. Jean M. Hobler, Esq. appeared for plaintiff. Seng Kim Huon, who is proceeding pro se as the sole claimant to the defendant currency, appeared on his behalf.

       For the reasons set forth on the record, IT IS HEREBY ORDERED that:

       1. Plaintiff's oral motion for dismissal of claimant Huon's claims for failure to file a status report is denied;

       2. The status conference is continued to January 14, 2011, at 10:00 a.m. in Courtroom 27 before the undersigned, so that plaintiff may contact the Office of the Federal Defender; and

1

3. Plaintiff shall file a brief status report three days prior to the status conference; if claimant obtains counsel prior to that time, the status report may be a joint status report.

DATED: November 19, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\usvhuon2717.oah.111210