IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APPROXIMATELY $18,753.61 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK, et al.,

    Defendants.

No. CIV S-09-2717 GEB DAD

ORDER

On September 14, 2010, the district judge assigned to this case referred the matter to the undersigned pursuant to Local Rule 302(c)(21) because claimant Seng Kim Huon was proceeding in propria persona. The joint status report filed by the parties on January 10, 2011, reflects that plaintiff is now represented by counsel. (Doc. No. 23.) Counsel for the parties request that the case be referred back to the assigned district judge and that the status conference currently set for January 14, 2011, before the undersigned be vacated.

Good cause appearing, IT IS ORDERED that:

1. Pursuant to Local Rule 302(c)(21), this action is referred back to the assigned district judge for further proceedings, and the docket shall be modified by the Clerk to reflect that this case is not a Pro Se case;

1

2. The status conference set for January 14, 2011, before the undersigned is vacated; and

3. The Clerk shall add Joseph J. Wiseman, Esq. to the court's docket as counsel for claimant Seng K. Huon.

DATED: January 10, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\usvhuon2717.referback.ord

2