IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $18,753.61 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2503034494, HELD IN THE NAME OF SENG K. HUON, and<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5205402760, HELD IN THE NAME OF SENG K. HUON,<br><br>        Defendants. | 2:09-cv-02717-GEB-DAD<br><br><u>ORDER SETTING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

        The Joint Status Report filed February 14, 2013 (ECF No. 28), does not provide sufficient information on whether or the manner in which this case should be scheduled. Therefore, a Status (Pretrial Scheduling) Conference is scheduled for hearing on April 1, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240; the parties shall provide more detailed and definitive information

1

concerning the statements made on pages 3:27-4:6 of the February 14, 2013 Joint Status Report.

IT IS SO ORDERED.

Dated: March 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge