IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cv-02717 GEB DAD |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $18,753.61 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2503034494, HELD IN THE NAME OF SENG K. HUON, and | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5205402760, HELD IN THE NAME OF SENG K. HUON, | |
| Defendants. | |

This matter came before the undersigned on March 7, 2014, for hearing of plaintiff's motion and amended motion to strike the claim and answer filed by claimant Seng K. Huon and motion for default judgment. (Dkt. Nos. 46 & 49.) Attorney Jeffrey Spivak appeared on behalf of the plaintiff. No appearance was made by or on behalf of any defendant or claimant Seng K. Huon.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

/////

1

1. Plaintiff's motion and amended motion to strike (Dkt. Nos. 46 & 49) are granted;

2. The claim and answer filed by Seng K. Huon (Dkt. Nos. 7 & 10) are stricken; and

3. Plaintiff's motion and amended motion for default judgment (Dkt. Nos. 46 & 49) are taken under submission for issuance of findings and recommendations.

Dated: March 7, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\ USv$18753.2717.oah.030714.docx

2