1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

9

10

11   UNITED STATES OF AMERICA,                          No. 2:09-cv-02717 GEB DAD PS

12                  Plaintiff,

13          v.                                          FINDINGS AND
                                                        RECOMMENDATIONS
14   APPROXIMATELY $18,753.61 IN U.S.
     CURRENCY SEIZED FROM WELLS
15   FARGO BANK ACCOUNT NUMBER
     2503034494,   HELD IN THE NAME OF
16   SENG K. HUON, and

17   APPROXIMATELY $10,000.00 IN U.S.
     CURRENCY SEIZED FROM WELLS
18   FARGO BANK ACCOUNT NUMBER
     5205402760, HELD IN THE NAME OF SENG
19   K. HUON,

20                  Defendants.

21

22          This matter came before the undersigned on March 7, 2014, for hearing of the United States'

23   noticed motion for default judgment.  There was no appearance by or on behalf of any other person or

24   entity claiming an interest in the above-captioned Defendant Currency to oppose the United States'

25   motion.  Based on the United States' motion and the files and records of the court, THE COURT

26   FINDS as follows:

27          1.      This action arose out of a Verified Complaint for Forfeiture *In Rem* filed September 29,

28   2009.

1

2.     The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against Claimant Seng Huon.

3.     The United States has shown that a complaint for forfeiture was filed; that Claimant Seng Huon received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1.     That Seng Huon be held in default;

2.     That the United States' motion for default judgment and final judgment of forfeiture be granted;

3.     That judgment by default be entered against any right, title, or interest of Claimant Seng Huon in the Defendant Currency referenced in the above caption;

4.     That a final judgment be entered, forfeiting all right, title, and interest in the Defendant Currency to the United States, to be disposed of according to law;

5.     That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Garland E. Burrell, Jr., and filed by the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within seven days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 9, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se
usv$18,753.2717.mdj.f&rs.docx

2