UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , <br><br>  Plaintiff, <br><br> v. <br><br> Approximately $18,753.61 in U.S. Currency seized from Wells Fargo Bank, et al, <br><br>  Defendant. | Case No. 2:09-cv-02717-GEB-DAD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against claimant:

Seng Huon

Date: May 06, 2014                               MARIANNE MATHERLY, CLERK

                                                             By: /s/ K. Zignago
                                                             Deputy Clerk